Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–21824–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Avraham Save
  22 Mountain Way
  West Orange, NJ 07052

Social Security No.:
  xxx–xx–0485

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/2/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 4, 2019
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-21824-JKS
Avraham Save                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Nov 04, 2019
                             Form ID: 148          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db            +Avraham Save,   22 Mountain Way,   West Orange, NJ 07052-3717
517632647     +Deutsche Bank National Trust Company, as Trustee,   C/O Nationstar Mortgage LLC d/b/a Mr. Co,
               Bankruptcy Department, PO Box 619094,   Dallas, Texas 75261-9094
517585339     +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517585338     +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517585340     +Mr. Cooper,   PO Box 650783,   Dallas, TX 75265-0783
517585343     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage , LLC,    PO Box 299008,   Lewisville, TX 75029)
518272567     ++++NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,   GROSS POLOWY, LLC.,   2500 PLAZA FIVE STE 2548,
               JERSEY CITY NJ  07311-4026
               (address filed with court:  Nationstar Mortgage, LLC d/b/a Mr. Cooper,   Gross Polowy, LLC.,
               2500 Plaza 5, Suite 2548,   Jersey City, NJ 07311)
517585341     +Nationstar Mortgage,   PO Box 650783,   Dallas, TX 75265-0783
517585342     +Nationstar Mortgage  Inc,   PO Box 619097,   Dallas, TX 75261-9097
517585344     +Nationstar Mortgage / Mr. Cooper,   PO Box 650783,   Dallas, TX 75265-0783
517585346     +Shapiro & Denardo,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
517585347     +Shapiro & Denardo ESQ,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
517585351     +Summit Medical Group,   PO Box 1005,   Summit, NJ 07902-1005
517585352     +Summit Medical Group,   PO Box 167,   Newark, NJ 07101-0167
517585355     +Summit Medical Group,   PO Box 8549,   Belfast, ME 04915-8549
517585354     +Summit Medical Group,   1 Diamond Hill Road,   Berkeley Heights, NJ 07922-2104
517585353     +Summit Medical Group,   Business Operations,   150 Floral Avenue,
               New Providence, NJ 07974-1557
517585356     +West Orange Tax Collector,   66 Main Street,   West Orange, NJ 07052-5496
517585358     +West Orange Township,   Attn: Sewer Department,   66 Main Street,   West Orange, NJ 07052-5496
517585357     +West Orange Township,   Attn: Water / Sewer Department,   66 Main Street,
               West Orange, NJ 07052-5496
517585359     +West Orange Township,   Attn: Water Department,   66 Main Street,   West Orange, NJ 07052-5496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:04     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:26:00     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517585349     +E-mail/Text: clientservices@simonsagency.com Nov 05 2019 00:26:38     Simons Agency,
               4963 Wintersweet Drive,   Liverpool, NY 13088-2176
517585350     +E-mail/Text: clientservices@simonsagency.com Nov 05 2019 00:26:38     Simons Agency Inc,
               3713 Brewerton Road Ste 1,   Syracuse, NY 13212-3843
                                                                              TOTAL: 4


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517585345*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage Inc.,   350 Highland Drive,
               Lewisville, TX 75067)
517585348*    +Shapiro & Denardo LLP,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Nov 04, 2019
                             Form ID: 148              Total Noticed: 25
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:

```
          Charles G. Wohlrab    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-9
           cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-9
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Avraham   Save herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
           ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
           al... rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-9
           smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8
```